UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 4:24-cr-00031(CDL) |
| | : | |
| v. | : | |
| | : | |
| **LAMENCHIA HALL,** | : | |
| | : | |
| <u>          **Defendant.**          </u> | : | |

## ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Lamenchia Hall pursuant to Federal Rule of Criminal Procedure 48(a). After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court **GRANTS** the United States' Motion to Dismiss Indictment, Doc. 1 and hereby ORDERS that the pending Indictment against Defendant Lamenchia Hall be DISMISSED with prejudice. The Court further ORDERS that the Status Conference currently set for August 5, 2025, is CANCELLED.

**SO ORDERED**, this **4th** day of **August, 2025**.

<u>S/Clay D. Land                    </u>
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA